IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                              PLAINTIFF
ADC #114018

v.                    No. 3:20-cv-94-DPM

CHARLENE HENRY, Prosecuting
Attorney, Craighead County                                     DEFENDANT

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2020